# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Docket No. 3:10-cv-450-GCM-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | **DEFAULT JUDGMENT** |
| JAMES NORMAN GAILEY and J. DAVID ) | |
| GRANBERRY, Register of Deeds, ) | |
| Mecklenburg County, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Default having been entered against Defendant James Norman Gailey for failure to answer, plead, or otherwise respond to the complaint, and the United States having moved for Default Judgment against James Norman Gailey in accordance with Fed. R. Civ. P. 55(b)(2), and the United States having moved for unopposed relief against J. David Granberry, in his capacity as Register of Deeds for Mecklenburg County, North Carolina, on this 18th day of August in Charlotte, North Carolina, the following is Ordered and Adjudged:

The United States' Motion for a Default Judgment Against Defendant James Norman Gailey is GRANTED; and

A Default Judgment is hereby entered against Defendant James Norman Gailey; and

The United States motion for unopposed relief against the Register of Deeds is GRANTED; and

IT IS ORDERED that the "Notice and Demand" filed by Defendant James Norman Gailey on or about October 6, 2005 with the Mecklenburg County Register of Deeds at Book 19454, pages 302 through 304 is null, void and of no legal effect; and

IT IS ORDERED that the Defendant J. David Granberry, in his capacity as Mecklenburg County Register of Deeds, shall file a certified copy of this Judgment with the Mecklenburg County Register of Deeds and shall index this Judgment to the parties and cross-index it to the fraudulent documents index maintained by the Mecklenburg County Register of Deeds; and

IT IS ORDERED that Defendant James Norman Gailey is enjoined from filing any "Notice and Demand," or any other document, which serves to interfere with the administration and enforcement of the Internal Revenue Service laws; and it is

ORDERED that the Clerk shall distribute copies of this Order to the individuals listed below:

Anne Tompkins, United States Attorney
Thomas J. Jaworski, Trial Attorney, U.S. Department of Justice
Robert Spencer Adden, Jr., Counsel for J. David Granberry
James Norman Gailey, *Pro Se*

IT IS SO ORDERED.

Signed: August 18, 2011

Graham C. Mullen
United States District Judge